BTXN 127 (rev. 2/10)

FILED
APR 5 2011
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN ...

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Robert Meachem III

Debtor(s)

Case No.: 05-45755-DML

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | ROBERT MEACHEM III |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | |
| 3. | Current Mailing Address | 4906 HAVENSIDE WAY MANSFIELD, TX 76063 |
| 4. | Telephone Number | 817-592-3084 |
| 5. | SS# (*last 4 digits only*) or EIN # | 1334 |
| 6. | Amount Being Claimed | 6000.00 |

I, _____, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 4-1-2011   Robert Meachem III
                Claimant Signature           Co-Claimant Signature

Subscribed and Sworn to Before Me this ___1___ day of APRIL 2011.

Huy A. Nguyen
Notary Public
In and for the State of TEXAS

HUY A NGUYEN
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-14-13

My commission expires 8-14-13

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 4-1-2011

_____
Claimant's Signature

**Monthly Statement**

▸ **Previous Charges and Credits**
Amount of Last Bill .................................................. 22.25
**Previous Balance** ................................................ 22.25

▸ **Summary of Current Charges**
SWBell Telephone (See Page 3) .................................. 22.30

**Taxes**
Total Federal Tax .................................................... .66
Total State and Local Taxes ...................................... 1.62
**Current Charges Due by Jan 09** .............................. 24.58

▸ **Total Amount Due** ............................................ 46.83

**Important Information**

▸ ESSENTIAL CHARGES $46.44 (See Page 2 for explanation)
▸ If charges greater than $10.00 are carried over to your next bill, a late payment charge of $2.95 will apply.
On your main line your Long Distance provider is AT&T.
Your Local Toll provider is AT&T.
If your providers have changed since your last bill, check Other Charges Section for information.

"Keep"

---

"Send"

Please detach and mail this portion with your payment

(SBC)

**Account Number**
817-419-9615-932-4

Mail Payment To.

PO BOX 650495
DALLAS  TX  75265-0495

| Amount Due | 46.83 |
|---|---|
| Due Date | Jan 09 |

**Bill Date**
Dec 15, 2001

**Date Mailed**
Dec 24, 2001

9154.6.160.35615  1  AV  0.255
ROBERT MEACHEM
6903 FIELD LARK DR
ARLINGTON TX 76002-3459

Make Checks
Payable To
Southwestern Bell

9750 8174199615 9324 02120226 4900000002225 000004683 07

