

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed April 14, 2011**

---

BTXN 210 (rev. 04/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Robert Meachem III § Case No.: 05−45755−dml13
 § Chapter No.: 13
Debtor(s) §

# ORDER DENYING PAYMENT OF A DIVIDEND FROM UNCLAIMED FUNDS

The Court finds that Robert Meachem III filed an Application for Payment of Unclaimed Funds on 4/5/2011 in the amount of $6000.00.

The Court, after review of the application, finds:

- ☐ no documents of proof are provided with the application
- ☐ insufficient documentation has been provided with the application
- ☐ no funds are on record for the claimant
- ☐ the application was not served on the US Attorney
- ☑ Other: amount claimed on application does not match amount of funds being held for claimant in case

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #